IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRENDA M. WYNN,

    Defendant.

**4:22CR3020**

**ORDER**

Defendant has moved to continue the pretrial motion deadline and the trial, (Filing Nos. 26 and 27), because Defendant needs to review discovery and consider plea negotiations before deciding whether to file pretrial motions. The motion to continue is unopposed. Based on the showing set forth in the motions, the court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motions to continue, (Filing No. 26 and 27), are granted.

2) Pretrial motions and briefs shall be filed on or before February 23, 2023.

3) The hearing scheduled to be held on January 4, 2022 is cancelled.

4) A telephonic conference with counsel will be held before the undersigned magistrate judge at 2:45 p.m. on March 2, 2023 to discuss setting any pretrial motion hearing needed, a change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

5) The ends of justice served by granting the motions to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of granting of the

motions, the time between today's date and March 2, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1) & (h)(7).  Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 29th day of December, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge